UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-08597-RGK (KK) | Date | July 11, 2014 |
|---|---|---|---|
| Title | Clarence Zimmerman v. Fredrick Foulk | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Sanctions Should Not Be Imposed

On January 9, 2014, Petitioner filed a motion for a stay so that he could exhaust his state court remedies. On January 15, 2014, this Court granted Petitioner's motion but ordered that:

> Petitioners motion for a stay is granted. Petitioner shall file and serve a status report within twenty-eight (28) days of the date of this order. The status report shall describe the status of the petition currently pending in the California Supreme Court. Petitioner shall continue to file and serve a status report every twenty-eight (28) days keeping the Court informed of any change in circumstances until such time as petitioner indicates that he has fully exhausted his state remedies. If the California Supreme Court denies his petition, petitioner shall have twenty-eight (28) days within which to inform the Court. Petitioner is cautioned that failure to comply with this order may result in dismissal of the petition.

Petitioners last status report was filed on May 19, 2014. A status report was, thus, due on or about June 16, 2014.

As of this date, Petitioner has failed to file a new status report. Nor has Petitioner made any other communication with the court. Petitioner is, therefore, in violation of the court's order. As such, Petitioner is ordered to submit the ordered status report and to show cause why sanctions should not be imposed for failure to comply with the court order by July 28, 2014.

Clerk's Initials dts