JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLARENCE ZIMMERMAN, | ) | Case No. CV 13-8597-RGK (KK) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| FREDRICK FOULK, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: June 2, 2015

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE